CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 21 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LESTER C. WELLS, | ) | CASE NO. 7:13CV00492 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| JUSTIN MIRRETT, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

**ENTER:** This 21st day of November, 2013.

/s/ James C. Turk
Senior United States District Judge